**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**REGINALD LACEY**                                                                                   **PLAINTIFF**

**v.**                                                                        **No. 4:22-cv-00119-DMB-JMV**

**STATE OF MISSISSIPPI**                                                                    **DEFENDANT**

**ORDER REQUIRING PLAINTIFF TO SUBMIT
AMENDED COMPLAINT USING THE ENCLOSED
STANDARD FORM WITHIN 21 DAYS**

Reginald Lacey has submitted a document that the court construes as a *pro se* prisoner complaint filed under 42 U.S.C. § 1983. The plaintiff has not, however, used the court's standard form for such complaints. The court uses these forms for the expeditious administration of § 1983 cases. As such, the plaintiff must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 1st day of August, 2022.

/s/ Jane M. Virden
**JANE M. VIRDEN
UNITED STATES MAGISTRATE JUDGE**