IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**REGINAL LACEY**                                                                               **PLAINTIFF**

**v.**                                                             **No. 4:22CV119-GHD-JMV**

**STATE OF MISSISSIPPI**                                                  **DEFENDANT**

### ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On August 1, 2022, the court entered an order requiring the plaintiff to complete and return various forms for the expeditious administration of his case. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on August 31, 2022. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

SO ORDERED, this, the 12th day of September, 2022.

_____
SENIOR U.S. DISTRICT JUDGE